## Exhibit A

## NOTICE TO EMPLOYEES

This Notice is posted pursuant to a Consent Decree resolving a lawsuit with the United States Equal Employment Opportunity Commission ("EEOC"). The EEOC brought suit against Orion Energy Systems, Inc. ("Orion"), alleging that it violated the Americans with Disabilities Act ("ADA") by maintaining an involuntary wellness program that unlawfully requested disability-related information and sought a medical examination. The EEOC further alleged that Orion had retaliated against and coerced an employee. Orion denied the allegations.

The Consent Decree resolving this lawsuit provides for monetary and equitable relief. It requires Orion to abide by the ADA and its regulations in connection with any wellness program that seeks disability-related information or a medical examination. Orion may not unlawfully retaliate against any employee who objects to a wellness program under the ADA. The Consent Decree also requires training for supervisors and human resource employees on the terms of the Consent Decree, including the right of employees to object to matters made unlawful by the ADA.

If you have a question about the Consent Decree, you should contact the Minneapolis office of the EEOC at (612) 335-4040. You can find out more about the EEOC and the laws that it enforces by going to http://www.eeoc.gov.

                                        [Signature]
                                        [Orion Official]

29302741.1